# UNITED STATES DISTRICT COURT
# FOR THE DISTRCT OF KANSAS

| | |
|---|---|
| TRACI BRANNON, LINDSEY RIZZO, and, JAMIE HERR, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>EXPRESS SCRIPTS HOLDING COMPANY, EXPRESS SCRIPTS, INC., UNITEDHEALTH GROUP, INC., OPTUMRX, INC., and, PRIME THERAPEUTICS, LLC,<br><br>Defendants. | CASE NO. 2:17-cv-02497-DDC-GLR |
| IN RE: EPIPEN (EPINEPHRINE INJECTION, USP) MARKETING, SALES PRACTICES AND ANTITRUST LITIGATION | CASE NO. 2:17-md-2785-DDC-TJJ<br><br>MDL No. 2785 |

## NOTICE OF RELATED ACTION

As indicated in the civil cover sheet, *Brannon et al v. Express Scripts Holding Company et al,* Case No. 2:17-cv-02497-DDC-GLR (D. Kan. Aug. 29, 2017) ("*Brannon*") concerns the same subject matter as cases pending in the multi-district litigation entitled *In re: EpiPen Marketing, Sales Practices and Antitrust Litigation*, MDL No. 2785, Case No. 17-md-2785-DDC-TJJ ("MDL 2785"). Both *Brannon* and MDL 2785 are currently assigned to the Honorable Daniel D. Crabtree.

In its order transferring and consolidating cases, the Judicial Panel on Multidistrict Litigation (the "Panel") noted that cases included in MDL 2785 are appropriate for consolidation

1

because they share factual questions arising from "recent increases of the price for the EpiPen" and Mylan's "anti-competitive conduct including . . . paying excessive rebates to commercial insurance companies, **pharmaceutical benefits managers** and state-based Medicaid agencies."[1]

*Brannon* falls squarely within the Panel's order and the scope of MDL 2785. It specifically and exclusively alleges the scheme referenced in the Panel's order to "artificially inflate the cost of the EpiPen in order to facilitate Mylan's payment of so-called 'rebates,' fees, or other payments to Express Scripts, Prime, and OptumRx," three of the largest pharmaceutical benefit managers in the country.[2]

As such, and pursuant to District of Kansas Local Rule 23-A, Traci Brannon, Lindsey Rizzo, and Jamie Herr—Plaintiffs in the *Brannon* action—respectfully request consolidation into MDL 2785 and ask that the Clerk issue an order in the individual case docket and the MDL docket directing any party to show cause why the case should not be included in the MDL.

DATED: August 30, 2017

        Respectfully submitted by,

        */s/ Rex A. Sharp*
        Rex A. Sharp KS #51205
        Ryan C. Hudson KS #22986
        REX A. SHARP, P.A.
        5301 W. 75th Street
        Prairie Village, KS  66208
        (913) 901-0505
        (913) 901-0419 Fax
        rsharp@midwest-law.com
        rhudson@midwest-law.com

---

[1] *In re: EpiPen (Epinephrine Injection, USP) Marketing, Sales Practices and Antitrust Litigation*, No. 2785, 2017 WL 3297989 (JPML Aug. 3, 2017) (emphasis added).

[2] *Brannon et al v. Express Scripts Holding Company et al,* Case No. 2:17-cv-02497-DDC-GLR, Dkt. 1, ¶ 2 (D. Kan. Aug. 29, 2017).

| | |
|---|---|
| Paul J. Geller, *pro hac vice*<br>Robbins Geller Rudman & Dowd LLP<br>120 East Palmetto Park Road, Suite 500<br>Boca Raton, FL 33432<br>Tel. (561) 750-3000<br>Fax (561) 750-3364<br>Email: pgeller@rgrdlaw.com | Lynn Lincoln Sarko, *pro hac vice*<br>Derek W. Loeser, *pro hac vice*<br>Gretchen Freeman Cappio, *pro hac vice*<br>Gretchen S. Obrist, *pro hac vice forthcoming*<br>KELLER ROHRBACK L.L.P.<br>1201 Third Avenue, Suite 3200<br>Seattle, WA 98101<br>(206) 623-1900<br>(206) 623-3384 Fax<br>lsarko@kellerrohrback.com<br>dloeser@kellerrohrback.com<br>gcappio@kellerrohrback.com<br>gobrist@kellerrohrback.com |
| Warren T. Burns, *pro hac vice*<br>Spencer Cox, *pro hac vice*<br>BURNS CHAREST LLP<br>500 North Akard, Suite 2810<br>Dallas, TX 75201<br>(469) 904-4550<br>(469) 444-5002 Fax<br>wburns@burnscharest.com<br>scox@burnscharest.com | **Special Trial Counsel**<br><br>W. Mark Lanier *pro hac vice*<br>Regan E. Bradford, *pro hac vice*<br>Cristina Delise, *pro hac vice*<br>THE LANIER LAW FIRM<br>6810 FM 1960 West<br>Houston, TX 77069<br>(713) 659-5200<br>WML@LanierLawFirm.com<br>Regan.Bradford@LanierLawFirm.com<br>Cristinaldeslise@LanierLawFirm.com |

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 30th day of August, 2017, I filed the above-titled documents on Pacer, which provided service to all attorneys of record and the defendants in this case.

*/s/ Rex A. Sharp*